UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

GABRIELLE CORRENT,

    Plaintiff,

v.

COOPER STANDARD AUTOMOTIVE, INC., a foreign corporation, JEFFREY S. EDWARDS, JOANNA TOTSKY, and LARRY OTT,

    Defendants.

Case No. 20-cv-11070

Hon. George Caram Steeh
Magistrate Judge Anthony P. Patti

---

| | |
|---|---|
| SCOTT P. BATEY (P54711)<br>Batey Law Firm, PLLC<br>Attorney for Plaintiff 30200<br>Telegraph Road, Suite 400<br>Bingham Farms, MI 48025<br>(248) 540-6800<br>sbatey@bateylaw.com | GILLIAN P. YEE (P68972)<br>DANIEL C. WASLAWSKI (P78037) Jackson Lewis P.C.<br>Attorneys for Defendants<br>2000 Town Center, Suite 1650<br>Southfield, MI 48075<br>(248) 936-1900<br>gillian.yee@jacksonlewis.com<br>daniel.waslawski@jacksonlewis.com |

---

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS

Plaintiff, Gabrielle Corrent, and Defendants, Cooper-Standard Automotive Inc., Jeffrey Edwards, Joanna Totsky, and Larry Ott, by and through their respective counsel, hereby stipulate and agree to the dismissal of Plaintiff's Complaint in its entirety with prejudice and without attorneys' fees or costs to any party.

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice and without attorneys' fees or costs to any party.  Entry of this order resolves all pending claims and closes the case.

**IT IS SO ORDERED.**

September 14, 2021                                         s/George Caram Steeh
                                                                          GEORGE CARAM STEEH
                                                                          UNITED STATES DISTRICT JUDGE



Stipulated as to Form and Content:


/s/ Scott P. Batey (with permission)          /s/ Gillian P. Yee
Scott P. Batey (P54711)                              Gillian P. Yee (P68972)
Attorney for Plaintiff                                    Attorney for Defendants